UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DEMETRIO FLORES III,

      Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about January 24, 2019, in Ottawa County, in the Southern Division of the Western District of Michigan,

**DEMETRIO FLORES III,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded STI GP6, 9mm, semiautomatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)

A TRUE BILL

_Robert K Gillespie_
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney