UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIO FLORES III,

    Defendant.

_____/

Case No. 1:19-cr-271

Hon. Hala Y. Jarbou

## ORDER

The Court heard oral argument, with all parties present, on May 6, 2021. For the reasons stated on the record:

**IT IS ORDERED** that Defendant's Motion in Limine to Admit Impeachment Evidence (ECF No. 109) is **DENIED**.

Date: May 6, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE